# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JILL L. PUGH                                                                PLAINTIFF

V.                                    NO. 4:14CV397-BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                         DEFENDANT

## JUDGMENT

In accordance with the Order entered on June 11, 2015, it is CONSIDERED,

ORDERED, and ADJUDGED that this matter is remanded to the Commissioner of the

Social Security Administration under Sentence four of 42 U.S.C. § 405(g), for further

administrative action.  Judgment is entered in favor of the Plaintiff.

So ordered, this 11th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE